**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER QUINONES, | ) | CASE NO. 1:12-cv-01844 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| CITY OF CLEVELAND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, Defendant's Motion for Summary Judgment is granted (ECF No. 17) and the case is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                                          s/ Greg White
                                                                          United States Magistrate Judge

Date: August 22, 2013